IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORENZO DWIGHT GORDON,<br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:19-CR-0114-SCJ-AJB<br><br>CIVIL ACTION NO.<br>1:20-CV-2952-SCJ-AJB |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. 58], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Lorenzo Dwight Gordon's Motion to Vacate, Set Aside or Correct Sentence pursuant to U.S.C. 28 § 2255 [Doc. 57] is **DENIED AS PREMATURE** and a certificate of appealability is also **DENIED**. It is further **ORDERED** that civil action number 1:20-CV-2952-SCJ-AJB is **DISMISSED**.

**IT IS SO ORDERED**, this 15th day of September, 2020.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE